No. 91–758. CRUZ RASA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 91–961. INTERNATIONAL CHEMICAL CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. ▮

No. 91–1058. MCBRIDE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied. ▮

No. 91–1097. WARD *v.* SECRETARY OF TRANSPORTATION. C. A. 1st Cir. Certiorari denied. ▮

No. 91–1104. KEGLEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 91–1123. RIVES ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 91–1124. HAVASUPAI TRIBE ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 91–1155. SMITH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF SMITH, ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 91–1266. WILSON ET AL. *v.* KARR, TUTTLE, KOCH, CAMPBELL, MAWER, MORROW & SAX ET AL. Ct. App. Wash. Certiorari denied. ▮

No. 91–1268. CITY OF NEWPORT ET AL. *v.* LEE, DBA BRASS BULL. C. A. 6th Cir. Certiorari denied. ▮

No. 91–1275. WILKERSON *v.* LAKE COUNTY SUPERIOR COURT ET AL. Sup. Ct. Ind. Certiorari denied.